# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Navarro, Gloria M. | 2. Court or Organization<br><br>U.S. District Court, Nevada | 3. Date of Report<br><br>12/27/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Nominee for U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination, Date 12/24/2009<br>[ ] Initial  [ ] Annual  [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>1/1/2008<br>to<br>11/30/2009 |
|---|---|---|

| 7. Chambers or Office Address<br><br>Office of the District Attorney<br>500 Grand Central Parkway<br>Las Vegas NV 89155 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member (unpaid position) | DJs for PJs (non-profit charitible organization) |
| 2. Advisory Board Member (unpaid position) | Youth Advocate Program (non-profit organization) |
| 3. Chief Deputy District Attorney | Clark County District Attorney |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Public Employees' Retirement System of Nevada; pension upon retirement age 65 |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2007 | Clark County NV - salary | $125,125.00 |
| 2. | 2008 | Clark County NV - salary | $138,992.00 |
| 3. | 2009 | Clark County NV - salary (Jan 1 to Nov 27) | $142,806.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007-2009 | Clark County, Nevada - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 457 Deferred Compensation Plan #1 | | None | M | T | Exempt | | | | |
| 2. -AF New Perspective fund | | | | | | | | | |
| 3. -Janus Overseas fund | | | | | | | | | |
| 4. -Hartford MidCap HLS fund | | | | | | | | | |
| 5. -Munder MC Core Growth fund | | | | | | | | | |
| 6. -Hartford Capp App HLS fund | | | | | | | | | |
| 7. -SSgA S&P 500 Flagship fund | | | | | | | | | |
| 8. -Vanguard 500 Index fund | | | | | | | | | |
| 9. 457 Deferred Compensation Plan #2 | | None | L | T | Exempt | | | | |
| 10. -AIM Leasure fund | | | | | | | | | |
| 11. -AF New Perspective fund | | | | | | | | | |
| 12. -Janus Overseas fund | | | | | | | | | |
| 13. -Allian NFJ SC Val fund | | | | | | | | | |
| 14. -Lord Abbett SCap Val fund | | | | | | | | | |
| 15. -Vanguard SC Index fund | | | | | | | | | |
| 16. -Artisan MidCap Value fund | | | | | | | | | |
| 17. -Hartford MidCap HLS fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | Y =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Munder MC COre Grw fund | | | | | | | | | |
| 19. -Vanguard MC Index fund | | | | | | | | | |
| 20. -AmCent Value fund | | | | | | | | | |
| 21. -AF Growth Fund Amer fund | | | | | | | | | |
| 22. -Hartford Cap App HLS fund | | | | | | | | | |
| 23. -Hartford Div & Growth HLS fund | | | | | | | | | |
| 24. -Vanguard 500 Index fund | | | | | | | | | |
| 25. IRA #1 | None | J | T | | Exempt | | | | |
| 26. -T.Rowe Price Equity Income fund | | | | | | | | | |
| 27. IRA #2 | None | J | T | | Exempt | | | | |
| 28. -T.Rowe Price Equity Index 500 fund | | | | | | | | | |
| 29. IRA #3 | None | K | T | | Exempt | | | | |
| 30. -T.Rowe Price Equity Index 500 fund | | | | | | | | | |
| 31. IRA #4 | None | K | T | | Exempt | | | | |
| 32. -T.Rowe Price Total Equity Market Index fund | | | | | | | | | |
| 33. IRA #5 | None | J | T | | Exempt | | | | |
| 34. -T.Rowe Price Mid-Cap Growth fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | O =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | Y =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA #6 | | None | K | T | Exempt | | | | |
| 36. -T.Rowe Price Total Equity Market Index | | | | | | | | | |
| 37. Education Savings Account #1 | | None | K | T | Exempt | | | | |
| 38. -T.Rowe Price Equity Index 500 fund | | | | | | | | | |
| 39. Education Savings Account #2 | | None | K | T | Exempt | | | | |
| 40. -T.Rowe Price Equity Index 500 fund | | | | | | | | | |
| 41. Education Savings Account #3 | | None | J | T | Exempt | | | | |
| 42. -T. Rowe Price Equity Index 500 fund | | | | | | | | | |
| 43. College Savings Iowa Plan #1 | | None | J | T | Exempt | | | | |
| 44. College Savings Iowa Plan #2 | | None | J | T | Exempt | | | | |
| 45. College Savings Iowa Plan #3 | | None | J | T | Exempt | | | | |
| 46. College Savings Plan-T.Rowe Price #1 | | None | J | T | Exempt | | | | |
| 47. College Savings Plan-T.Rowe Price #2 | | None | J | T | Exempt | | | | |
| 48. College Savings Plan-T.Rowe Price #3 | | None | J | T | Exempt | | | | |
| 49. AFLAC common stock | A | Dividend | J | T | Exempt | | | | |
| 50. Abbott Labs common stock | A | Dividend | J | T | Exempt | | | | |
| 51. Apple common stock | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Aqua America Corp Common stock | A | Dividend | J | T | Exempt | | | | |
| 53. Atmos Energy common stock | A | Dividend | J | T | Exempt | | | | |
| 54. BP common stock | A | Dividend | J | T | Exempt | | | | |
| 55. Becton Dickenson common stock | A | Dividend | J | T | Exempt | | | | |
| 56. Black and Decker common stock | A | Dividend | J | T | Exempt | | | | |
| 57. Bristol-Meyers common stock | A | Dividend | J | T | Exempt | | | | |
| 58. CSX common stock | A | Dividend | J | T | Exempt | | | | |
| 59. Carlisle Co. common stock | A | Dividend | J | T | Exempt | | | | |
| 60. Carnaval Corp common stock | A | Dividend | J | T | Exempt | | | | |
| 61. Clorox common stock | A | Dividend | J | T | Exempt | | | | |
| 62. Coca Cola common stock | A | Dividend | J | T | Exempt | | | | |
| 63. Colgate-Palmolive common stock | A | Dividend | J | T | Exempt | | | | |
| 64. ConAgra Foods | A | Dividend | J | T | Exempt | | | | |
| 65. Costco common stock | A | Dividend | J | T | Exempt | | | | |
| 66. Duke Energy common stock | A | Dividend | J | T | Exempt | | | | |
| 67. ExxonMobile common stock | A | Dividend | J | T | Exempt | | | | |
| 68. First American common stock | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GE common stock | A | Dividend | J | T | Exempt | | | | |
| 70. General Mills common stock | A | Dividend | J | T | Exempt | | | | |
| 71. Genuine Parts common stock | A | Dividend | J | T | Exempt | | | | |
| 72. Gorman-Rupp common stock | A | Dividend | J | T | Exempt | | | | |
| 73. Hasbro common stock | A | Dividend | J | T | Exempt | | | | |
| 74. Heinz common stock | A | Dividend | J | T | Exempt | | | | |
| 75. Home Depot common stock | A | Dividend | J | T | Exempt | | | | |
| 76. Hormel common stock | A | Dividend | J | T | Exempt | | | | |
| 77. Intel common stock | A | Dividend | J | T | Exempt | | | | |
| 78. IFF common stock | A | Dividend | J | T | Exempt | | | | |
| 79. International Paper common stock | A | Dividend | J | T | Exempt | | | | |
| 80. Johnson and Johnson common stock | A | Dividend | J | T | Exempt | | | | |
| 81. Johnson Controls common stock | A | Dividend | J | T | Exempt | | | | |
| 82. Kimberly-Clark common stock | A | Dividend | J | T | Exempt | | | | |
| 83. McGraw-Hill common stock | A | Dividend | J | T | Exempt | | | | |
| 84. Medtronic common stock | A | Dividend | J | T | Exempt | | | | |
| 85. Merck common stock | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Navarro, Gloria M. | 12/27/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  MMM common stock | A | Dividend | J | T | Exempt | | | | |
| 87.  Paychex common stock | A | Dividend | J | T | Exempt | | | | |
| 88.  Pepsi common stock | A | Dividend | J | T | Exempt | | | | |
| 89.  Pfizer common stock | A | Dividend | J | T | Exempt | | | | |
| 90.  RPM common stock | A | Dividend | J | T | Exempt | | | | |
| 91.  Schwab common stock | A | Dividend | J | T | Exempt | | | | |
| 92.  Shering-Plough common stock | A | Dividend | J | T | Exempt | | | | |
| 93.  Southern Co common stock | A | Dividend | J | T | Exempt | | | | |
| 94.  Spectra Energy common stock | A | Dividend | J | T | Exempt | | | | |
| 95.  TECO Energy common stock | A | Dividend | J | T | Exempt | | | | |
| 96.  Twin Disk common stock | A | Dividend | J | T | Exempt | | | | |
| 97.  Walgreen common stock | A | Dividend | J | T | Exempt | | | | |
| 98.  T.Rowe Price Total Equity Market Index fund | | None | J | T | Exempt | | | | |
| 99.  GE Interest Plus Account | A | Interest | K | T | Exempt | | | | |
| 100.  Wells Fargo Account | | None | J | T | Exempt | | | | |
| 101.  Bank of America Account | | None | J | T | Exempt | | | | |
| 102.  Clark County Credit Union Account | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 55 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 201 | 230 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 11 | 870 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 198 | 440 |
| Real estate owned-add schedule | | 559 | 500 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 75 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| See attached Schedule | | 428 | 335 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 198 | 440 |
| | | | | Net Worth | 1 | 132 | 495 |
| Total Assets | 1 | 330 | 935 | Total liabilities and net worth | 1 | 330 | 935 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |